RECEIVED FEB 22 2023 U.S. District Court Middle District of TN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

CURTIS DANIEL HART, et al.      )
                                )
                                )
                                )     Docket /Complaint No.: 03-23 0161
    vs.                         )
                                )
FRANK STRADA, Commissioner T.D.O.C., et al.   )     JURY TRIAL DEMANDED
                                )

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
UNDER 42 U.S.C. 1983**

I.  **PREVIOUS LAWSUITS**

A.  Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes: ( )    No: ( X )

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.   Parties to previous lawsuit: N/A
        Plaintiff(s): N/A
        Defendant(s): N/A
   2.   Court (If federal Court, name the district Court; If State Court, name the County.):
        N/A
   3.   Docket Number: N/A
   4.   Name of judge to whom case was assigned: N/A
   5.   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending or result of the previous lawsuit? For example, was it dismissed, appealed, or still pending?   N/A
   6.   Approximate date of filing lawsuit: N/A
   7.   Approximate date of disposition: N/A

II. **PLACE OF PRESENT CONFINEMENT:** South Central Correctional Facility
P.O. Box 279
555 Forrest Ave
Clifton, Tennessee 38425-0279

A. Is there a prisoner grievance procedure in the institution? Yes: ( X ) No: ( )

B. Did you present the facts relating to your complaint in the State prisoner grievance procedure? Yes: ( X ) No: ( )

C. If your answer is yes:

   1. What steps did you take? <u>Filed the grievance with the institution and appealed it to the highest level.</u>

   2. What was the result? It was denied on all levels

D. If your answer is no, explain why not: N/A

E. If there is not prisoner grievance procedure in the institution, did you complain to prison authorities Yes ( ) No ( ) N/A

F. If our answer is yes,

   1. What steps did you take? N/A

   2. What was the result? N/A

III. **PARTIES:**

A. Name of plaintiff(s): Curtis Daniel Hart, et al.
   All other inmates similarly situated in the T.D.O.C.

   Address: South Central Correctional Facility
   P.O. Box- 279
   555 Forrest Ave
   Clifton, Tennessee 38425-0279

   All of the various prisons housing T.D.O.C. male inmates across the state of Tennessee

B. Defendant: Frank Strada is employed as the Commissioner of T.D.O.C.
   All unknown/ named T.D.O.C., and/or Core Civic employees

   Tennessee Dept. of Corrections
   Rachel Jackson Bldg.
   320 6th Ave. N. 6th Fl.
   Nashville, Tennessee 37243-0465

## IV. STATEMENT OF YOUR CLAIM:

1.) The Tennessee Department of Corrections (T.D.O.C.) allows all female inmates and only female inmates, at all of it's female facilities, to possess, use, and operate electronic tablets for their enjoyment and convenience.

2.) The T.D.O.C., has partnered with the JPay company to provide all female inmates, housed in all of the female facilities, access to electronic tablets for their personal use., (i.e. to listen to music, send and receive emails, watch movies, and video chat with family and friends.)

3.) The T.D.O.C., has also partnered with the JPay company to provide the kiosk, necessary to download new content to the tablets to keep them updated and current, in all state facilities that house female inmates.

4.) The T.D.O.C., does not allow male inmates housed in it's facilities to possess use or operate electronic tablets.

5.) The T.D.O.C.'s behavior, in allowing one group a right/ or privilege and not allowing another group that same right/ or privilege, is discriminatory.

6.) The T.D.O.C., is discriminating against male inmates by allowing female inmates the right to own and operate electronic tablets and not allowing male inmates the same right. This is gender discrimination by the T.D.O.C.

7.) The T.D.O.C., is showing deliberate indifference towards male inmates in their allowing female inmates a right that they refuse to allow male inmates.

8.) On December 15th, 2022, the plaintiff Curtis Hart filed a formal grievance asking that the male population be provided with the opportunity to have tablets.

9.) On December 30th 2022, some twelve (12) days after the response was due, the response to the grievance was issued. The supervisor Ashleigh Van Dyke responded in writing that " Any tablet issued to TDOC inmates will be at the discretion and direction of TDOC. Core Civic does not have control over the issuance of tablets."

10.) On January 4th ,2023, a grievance hearing was held on the matter of male inmates not having access to tablets and the grievance committee found that " This is a T.D.O.C. issue".

11.) On January 4th ,2023 plaintiff Hart appealed the decision to the warden.

12.) On January 10th ,2023 the warden responded " I don't have a tablet either, agree w/ supervisor".

13.) On January 10th ,2023 plaintiff Hart appealed the decision to the defendant commissioner of the T.D.O.C.

14.) On January 12th ,2023 the T.D.O.C.'s Assistant Commissioner of Prisons responds to plaintiff Hart"s grievance appeal by " Concurring with the Warden" and "Denying the Appeal".

15.) Approximately two or three days after plaintiff Hart filed his grievance he was moved to a high security unit, without explanation. Shortly after being moved plaintiff Hart was fired from his job again without explanation.

16.) Plaintiff re-alleges by reference paragraphs 5,6, & 7.

## V. RELIEF:

WHEREFORE, plaintiff respectfully prays that this court enter judgment:

1.) Granting Plaintiff Hart a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States and

2.) A preliminary and permanent injunction ordering defendants subordinates at the T.D.O.C. facility to cease their retaliation against plaintiff Hart, taking no further retaliation against plaintiff.

3.) An order that the defendants cease their discriminatory practices and allow all male inmates in the T.D.O.C., the same rights as the female inmates in being allowed to have access to own and operate electronic tablets and

4.) Plaintiff seeks punitive damages in the amount of $1,000,000

5.) Plaintiff also seeks a jury trial on all issues triable by jury,

6.) Plaintiff also seeks recovery of the cost incurred in the filing of this suit, and

7.) Any additional relief this court deems just, proper and equitable.

Dated: February 1st ,2023.

Respectfully submitted,

*Curtis Hart* (signature)
Curtis Daniel Hart #99510
S.C.C.F.
P.O.Box-279
Clifton, TN. 38425

I swear (or affirm) under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief. Further, I state these statements are made under the penalty of perjury.

_____
Curtis Daniel Hart, pro-se


STATE OF TENNESSEE )
COUNTY OF WAYNE )


**SWORN TO AND SUBSCRIBED** before me

this the 13th day of February, 2023

_____
N O T A R Y   P U B L I C



