To: Court Clerk

FR: Curtis Hart

RE: Stamped Filed Copy of Complaint & Filing Fee

RECEIVED

FEB 22 2023

U.S. District Court
Middle District of TN

To The District Court Clerk,

Please send back to me a copy of the enclosed complaint indicating that it has been stamped filed with the court.

Further, please note that while plaintiff has filed an In Forma Pauperis, it is plaintiffs intention to pay the entire ($350) filing fee at one time by way of an institutional check that has to go through a process that takes 7-14 business days to issue.

I am respectfully requesting that you give the check two to three weeks to arrive before issuing any garnishment directives to the institution.

Than you for your assistance and cooperation with this very important matter.

Respectfully submitted,

Curtis Hart