IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **CURTIS DANIEL HART, #99510,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-0009 |
| ) | |
| **TENNESSEE DEPARTMENT OF** ) | |
| **CORRECTIONS COMMISSIONER** ) | |
| **FRANK STRADA (official capacity),** ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant Tennessee Department of Corrections ("TDOC") Commissioner Frank Strada seeks dismissal of Plaintiff Curtis Hart's Complaint (D.E. 1) in its entirety, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim against him upon which relief can be granted. This dismissal should be granted because Plaintiff's Complaint contains no factual allegations that any TDOC policy or custom directly caused a constitutional violation. *See Hadrick v. City of Detroit, Mich.*, 876 F.3d 238, 243 (6th Cir. 2017). Moreover, Plaintiff has pleaded no facts that support, through deliberate conduct, TDOC was the moving force behind Plaintiff's lack of access to an electronic tablet. *See Phillips v. Shelton*, No. 2:18-cv-00077, 2019 WL 429679, at *4 (M.D. Tenn. Feb. 4, 2019).

In support of his Motion to Dismiss, Defendant Strada relies on the contemporaneously filed memorandum of law.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Lauren Rota*
LAUREN ROTA, BPR No. 037573
Assistant Attorney General
Office of the Tennessee
Attorney General and Reporter
P.O. Box 20207
Nashville, TN  37202
Off. (615) 741-1442
Fax (615) 532-4892
Lauren.Rota@ag.tn.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2023, a copy of the foregoing *Defendant's Motion to Dismiss* was filed electronically via ECF, and on June 20, 2023, was served by prepaid postage U.S. mail to:

**Curtis Daniel Hart, #099510**
South Central Correctional Center
P.O. Box 279
Clifton, Tennessee 38425
*Pro se plaintiff*

*/s/ Lauren Rota*
LAUREN ROTA, BPR No. 037573
Assistant Attorney General