# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| **CURTIS DANIEL HART,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:23-cv-00009 |
| ) | |
| **FRANK STRADA,** ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE HOLMES |
| Defendant. ) | |

## ORDER

Pending before the Court is Judge Holmes' Report and Recommendation (Doc. No. 18), which was filed on June 9, 2023. Through the Report and Recommendation, Judge Holmes recommends that Plaintiff's motion for class certification (Doc. No. 15) be denied. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Plaintiff's motion for class certification (Doc. No. 15) is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE