IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| CURTIS DANIEL HART, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:23-cv-00009 |
| FRANK STRADA, | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

## ORDER

Pending before the Court is Judge Holmes' Report and Recommendation (Doc. No. 23), which was filed on September 19, 2023. Through the Report and Recommendation, Judge Holmes recommends that Defendant Frank Strada's motion to dismiss (Doc. No. 19) be denied and that Defendant Strada be required to answer the complaint. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendant's motion to dismiss (Doc. No. 19) is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE